**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Jonathan Nelson SMITH, Respondent**

**No. 138 MAL 2017**

Supreme Court of Pennsylvania.

July 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of July, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner are:

(1) The Pennsylvania Superior Court's Opinion misapplies the Deadly Weapon Used enhancement, which leads to a result inconsistent with statutory construction by reading an additional specific intent element into the Deadly Weapon Used statute that does not exist in the plain language[.]

(2) The Pennsylvania Superior Court rendered a decision that is inconsistent with the plain language of *Commonwealth v. Buterbaugh, infra,* and thereby leads to a mis-

application of *Buterbaugh* and an irreconcilable conflict between Superior Court case law[.]

(3) The Pennsylvania Superior Court's decision is inconsistent with fundamental notions of *mens* rea and the applicability of *mens rea* when no *mens rea* is specifically stated, improperly creating a default *mens rea* of specific intent.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Emery BARRON, Petitioner**

**No. 75 WAL 2017**

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.